FRANK RENDLA, APPELLEE, v. JACOB FRANZENBURG, APPELLANT.

FILED NOVEMBER 24, 1931. No. 27969.

*Cook & Cook*, for appellant.

*A. A. Rezac, contra.*

Heard before ROSE, GOOD and DAY, JJ., and CHAPPELL and LANDIS, District Judges.

PER CURIAM.

This is a suit in equity to establish a chattel mortgage and to recover the balance of the purchase price on an ice box and other merchandise sold to defendant. The trial court found in favor of plaintiff for $659.50, the balance due on the contract, and that defendant should recover $150 on his cross-petition alleging damages by reason of defective merchandise, and entering a judgment for $509.50. The defendant appealed.

The evidence shows that the machine and equipment were serviceable and have been used continuously since their installation in January, 1929. There is much evidence concerning the expense of installation, but it is clear that the plaintiff did not agree to install the ice box; and that much of it was caused by the defendant changing its character and appearance.

We conclude that the plaintiff should recover from the defendant the sum of $509.50. The judgment of the trial court is

AFFIRMED.